UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATE OF AMERICA,

v.

GLEN OMER VIAU,

Criminal Action No. 19-09 (CKK)

**ORDER**
(June 7, 2019)

      The Court held a status hearing in this case on June 7, 2019. The parties report that discovery has been completed, except for potential attorney-client privilege documents which may require a privilege log and resolution by the Court. The parties report that a trial will likely be required. The Court will attach to this Order a template for the parties to complete with deadlines leading up to the trial. The parties should email the completed template to the Court by JUNE 19, 2019. The Court will discuss the deadlines with the parties and set a trial date at the next status hearing, which is set for JUNE 24, 2019 at 11:00 a.m.

      The Court also discussed Defendant's motion to travel, which is unopposed. The Court will grant the motion, and Defendant should coordinate his travel with Defense counsel and pretrial services.

      Additionally, the parties represented that this case no longer needs to be sealed. The Court has unsealed the proceedings only from this status hearing and going forward as well as the indictment.

      Defendant consented to the tolling of his Speedy Trial rights between the date of today's status hearing (June 7, 2019) and the date of the next status hearing (June 24, 2019). The Court finds that a continuance of Defendant's Speedy Trial rights serves the "ends of justice" and is in the best interests of both the community and the Defendant, as it will allow time for the parties to confer and agree on deadlines for the lead-up to the anticipated trial. 18 U.S.C. § 3161(h)(1), (7)(A). Accordingly, the Court GRANTS continuance of those rights from the date of today's status hearing (June 7, 2019) until the date of the next-scheduled status hearing (June 24, 2019), a period of 17 days. Taking into account this continuance, the new 70-day deadline is September 2, 2019.

      /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge