**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GLEN OMER VIAU,<br><br>Defendant. | **Criminal No. 19-09 (CKK)** |

**ORDER IDENTIFYING TEMPLATE FOR**
**PROPOSED PRETRIAL SCHEDULING ORDER**
(June 7, 2019)

At a Status Hearing on June 7, 2019, the parties discussed with the Court their likely intention to proceed to trial. Pursuant to the Court's Minute Order of June 7, 2019, the Court issues this template for a proposed Pretrial Scheduling Order.  The parties shall prepare their proposed Pretrial Scheduling Order using this template and email it to chambers by June 19, 2019. The proposed dates will be discussed at the next Status Hearing on June 24, 2019.

Plea                                                                                                  *Proposed Deadlines*

During plea negotiations, the parties shall discuss the statutory penalties and sentencing guidelines that would apply with and without a superseding indictment.  This will be discussed on the record as well.

Discovery & Associated Deadlines
Government to complete any final discovery under present indictment               _____
Aspirational date for grand jury decision re: superseding indictment                  _____
Government to complete discovery under any superseding indictment                _____
Discovery motions (Fed. R. Crim. P. 16)                                                           _____

Expert Notices & Other Crimes Evidence
Government's expert notice (FRE 701 & 702)                                                     _____
Defendant's expert notice (FRE 701 & 702)                                                      _____
Government's FRE 404(b) notice                                                                      _____
Defendant's response to FRE 404(b) notice                                                     _____
*Brady* notice

Experts
Expert reports (FRE 702)                                                                                _____
Lay witness identification and subject matter (FRE 701)                                   _____

<u>Non-Evidentiary Pretrial Motions</u>
Defendant's non-evidentiary pretrial motions,
such as motions challenging the indictment                                  _____
     Government's response to Defendant's non-evidentiary motions   _____
     Defendant's reply as to non-evidentiary motions               _____
Government's non-evidentiary pretrial motions                               _____
     Defendant's response to Government's non-evidentiary motions  _____
     Government's reply as to non-evidentiary motions              _____

<u>Evidentiary Pretrial Motions</u>
Defendant's evidentiary pretrial motions,
such as motions to suppress evidence, or *Daubert*                          _____
     Government's response to Defendant's evidentiary motions      _____
     Defendant's reply as to evidentiary motions                   _____
Government's evidentiary pretrial motions,
such as *Daubert* and other crimes (404(b))                                 _____
     Defendant's response to Government's evidentiary motions      _____
     Government's reply as to evidentiary motions                  _____

<u>Motions in Limine</u>
Motions *in limine* by both sides                                           _____
Responses to motions *in limine*                                            _____
Replies as to motions *in limine*                                           _____

Joint notice of stipulations                                                _____

*Giglio* and *Jencks* material                                              _____

*Voir Dire* and Jury Instructions                                           _____

<u>Witness and Exhibit Lists</u>
Government's witness list, exhibit list and exhibits                        _____
Defendant's witness list, exhibit list and exhibits                         _____

Pre-Trial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.


      **SO ORDERED.**

                                   _____/s/_____
                                   COLLEEN KOLLAR-KOTELLY
                                   United States District Judge